IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDMOND A. CARTER, # 280954, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 2:24-cv-359-RAH-CSC |
| CHRISTOPHER GORDY, *et al.*, | ) ) ) |
| Respondents. | ) |

## **ORDER**

On July 3, 2024, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 2) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631.

DONE, on this the 25th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE